COPY

FILED

2014 FEB 14 PM 12: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (227341)
213.377.5502 | jyu@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Resurgent Capital Services, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA HERNANDEZ, an Individual

Plaintiff,

vs.

RESURGENT CAPITAL SERVICES, L.P., is a business entity, form unknown; and DOES 1-25, Inclusive,

Defendants.

Case No.: CV14-1170 PLA

[Removal from the Superior Court of California for the County of Los Angeles, Case No. BC532565]

**DEFENDANT RESURGENT CAPITAL SERVICES, L.P.'S NOTICE OF RELATED CASES**

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Resurgent Capital Services, L.P. is not aware of any previously filed or currently pending actions that arise from the same or substantially identical transactions, happenings or events as this action.

DATED: February 14, 2014.

YU | MOHANDESI LLP

By______________________________
Jordan S. Yu
B. Ben Mohandesi
Attorneys for Defendant
Resurgent Capital Services, L.P.

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071